Rickner Moskovitz

Stephanie Panousieris, Associate | (21

Application granted. The so-ordered subpoena will be separately docketed. The Clerk of Court is respectfully requested to terminate the pending letter-motions (Doc. 6, Doc. 7).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 13, 2026

October 9, 2026

Hon. Philip M. Halpern
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: Request for Judicial Subpoena for Limited Early Discovery, *Brown v. Doe*, 7:26-cv-08620

Your Honor:

My office represents the Plaintiff, Mr. Dwayne Brown, and writes to respectfully request that the Court endorse the attached proposed subpoena to the New York State Department of Corrections and Community Supervision ("DOCCS") for purposes of obtaining limited early discovery to facilitate joinder of the proper defendant to this action.

Plaintiff brings this action pursuant to 42 U.S.C. § 1983 for violations of his constitutional rights by a corrections officer, John Doe 1, who directed the shaving of Plaintiff's head in violation of his sincerely held religious beliefs. Plaintiff, who is Rastafarian, told John Doe about his religious affiliation, but John Doe refused to honor this well-established exemption to an initial haircut for new admissions into DOCCS, and directed that Plaintiff's head to be shaved bare.

Plaintiff does not currently know the identity of this John Doe Defendant; however, he is described in the complaint as "a Black male, approximately 5'9–5'11 tall, with a stocky or muscular build." *See* Complaint (Doc. 1) at ¶8. Plaintiff's proposed subpoena therefore directs DOCCS to identify which officers working inside the intake area on the incident date could reasonably fit this description.

On October 1, 2026, undersigned counsel noticed DOCCS counsel's office to Plaintiff's intent to subpoena this limited discovery on an expedited basis and provided the agency with a copy of the complaint and description of John Doe. Plaintiff's counsel has also acquired a list of officers who were working in the intake area of Green Haven on the date of Incident and will provide it to DOCCS with service of the subpoena to assist in making the proper identification. After a response is received, Plaintiff will promptly seek leave to file an amendment naming the proper defendant.

We thank the Court for its time and consideration of this request.

Sincerely yours,

Stephanie Panousieris
*Associate*